

**FILED**

**MAR 18 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL P. KOBY, an individual, on behalf of themselves and all others similarly situated; MICHAEL SIMMONS, an individiual, on behalf of themselves and all others similarly situated; JONATHAN SUPLER, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> ARS NATIONAL SERVICES, INC., a California Corporation; JOHN AND JANE DOES, 1 through 25, inclusive, <br><br> Defendants - Petitioners. | No. 10-80234 <br><br> D.C. No. 3:09-cv-00780-JAH Southern District of California, San Diego <br><br><br> ORDER |

Before: LEAVY and BYBEE, Circuit Judges.

The motion of National Association of Retail Collection Attorneys for leave to file an amicus brief is granted. The Clerk shall file the amicus brief received on January 7, 2011.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

RJ/MOATT