## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Michael P. Koby, an individual; Michael
Simmons, an individual, and Jonathan
W. Supler, an individual, on behalf of
themselves and all others similarly
situated,

                          Plaintiffs,

            v.

ARS National Services, Inc., a California
corporation; John and Jane Does,

                          Defendants.

Civil Case No. 09-cv-0780-JAH (KSC)

**NOTICE, CONSENT, AND
REFERENCE OF A CIVIL ACTION TO
A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is
available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to
order the entry of a final judgment. The judgment may then be appealed directly to the United
States court of appeals like any other judgment of this court. A magistrate judge may
exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your
consent without adverse substantive consequences. The name of any party withholding consent
will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States
magistrate judge conduct all proceedings in this case including trial, the entry of final judgment,
and all post-trial proceedings.

| Printed names | Signatures of parties and attorneys | Dates |
|---|---|---|
| ARS National Services, Inc. | ~~D~~ UM~~ JP~~ | 9-13-12 |
| Susan L. Germaise | | 9.13.12 |

### REFERENCE ORDER

        **IT IS ORDERED:** This case is referred to United States Magistrate Judge
Karen S. Crawford               to conduct all proceedings and order entry of a final judgment
in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

                          United States District Judge
                          John A. Houston

## CERTIFICATE OF SERVICE

I, Susan L. Germaise, certify that on September 13, 2012 the foregoing Notice, Consent and Reference of a Civil Action to a Magistrate Judge was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion, the ECF system automatically generated a "Notice of Electronic Filing" ["NEF"] as service through CM/ECF to registered email addresses to parties of record in the case, in particular on the following:

*Attorneys for Plaintiffs Michael P. Koby, an individual; Michael Simmons, an individual; Jonathan W. Supler, an individual; and on behalf of themselves and all others similarly situated:*

Philip D. Stern
Philip D. Stern & Associates, LLC
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Tel: (973) 379-7500; Fax: (973) 532-0866
Email: pstern@philipstern.com

Robert E Schroth , Jr
Schroth & Schroth
2044 First Avenue, Suite 200
San Diego, CA 92101
Tel: (619) 233-7521; Fax: (619) 233-4516
Email: robschrothesq@sbcglobal.net

*Co-counsel for Defendant ARS National Services, Inc.:*
Jeffrey Alan Topor, Esq.
Tomio B. Narita, Esq.
Simmonds and Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104
Tel: (415) 283-1010; Fax: 415-352-2625
Email: jtopor@snllp.com
Email: tnarita@snllp.com

/s/ Susan L. Germaise
Susan L. Germaise