Robert E. Schroth Jr. (Cal. SBN 212936)
**SCHROTH SCHROTH & MADIGAN**
3200 Fourth Avenue, Suite 101
San Diego, CA 92103
Telephone: (619) 233-7521

Philip D. Stern (N.J. SBN 045921984)
Andrew T. Thomasson (N.J. SBN 048362011)
**STERN•THOMASSON LLP**
150 Morris Avenue, 2nd Floor
Springfield, NJ 07081-1315
Telephone: (973) 379-7500

*Attorneys for Plaintiffs, Michael P. Koby, Michael Simmons, Jonathan W. Supler, and Donald Nappi*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. KOBY, an individual; MICHAEL SIMMONS, an individual; JONATHAN W. SUPLER, an individual; DONALD NAPPI, an individual; on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    *vs.*<br><br>ARS NATIONAL SERVICES, INC., a California Corporation; and JOHN AND JANE DOES 1 through 25 inclusive,<br><br>            Defendants. | CASE NO.:  3:09-cv-00780-KSC<br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs, Michael P. Koby, Michael Simmons, Jonathan W. Supler, and Donald Nappi, hereby notify the Court that they and Defendant, ARS National Services, Inc. ("ARS"), have reached a settlement as it relates to Plaintiffs' claims

---
NOTICE OF SETTLEMENT

3:09-cv-00780-KSC

1  against ARS. The Parties intend to file a Stipulation of Dismissal by July 31, 2018,
2  once they have finalized and executed the necessary paperwork.

Respectfully submitted,

**SCHROTH SCHROTH & MADIGAN**
*--and--*
**STERN•THOMASSON LLP**
Attorneys for Plaintiffs, Michael P. Koby, Michael Simmons, Jonathan W. Supler, and Donald Nappi

Dated: July 3, 2018          By:      *s/ Andrew T. Thomasson*
                                          Andrew T. Thomasson

## CERTIFICATE OF SERVICE

I, Andrew T. Thomasson, hereby affirm under the penalties of perjury that on July 3, 2018, I served the within documents and all supporting papers on the Clerk of this Court using this Court's CM/ECF system. I also certify that the forgoing documents are being served this day on all counsel of record and Parties to this action in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who have not yet appeared or are otherwise not authorized to receive electronic Notices of Electronic Filing.

*s/ Andrew T. Thomasson*
Andrew T. Thomasson