UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. KOBY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>        Defendant. | Case No.: 3:09-cv-00780-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. No. 150]** |

    The parties' Joint Motion to Dismiss [Doc. No. 150] the action with prejudice, and the claims of the members of the putative class without prejudice, is **GRANTED**.

    **IT IS SO ORDERED**.

Dated:  August 20, 2018

                                              Hon. Karen S. Crawford
                                              United States Magistrate Judge